IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                              Case No. 2:11-CR-20036

RYAN SHAW                                                               DEFENDANT

## FINAL ORDER OF FORFEITURE

On November 23, 2011, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 17). In the Preliminary Order of Forfeiture, the following asset was forfeited to the United States: a Winchester model 1200, 12 gauge shotgun, serial number L674867, and any accompanying ammunition.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 28 U.S.C. § 2461(c), incorporating by reference 21 U.S.C. 853(n)(1). On June 26, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on November 23, 2011, shall become final at this time.

IT IS SO ORDERED this 27th day of June, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE